JORGE G. TENREIRO (N.Y. Bar No. 4466991)
  tenreiroj@sec.gov
JAMES P. CONNOR (D.C. Bar No. 981864)
  connorja@sec.gov
MICHAEL J. FRIEDMAN (N.Y. Bar No. 4297461)
  friedmanmi@sec.gov
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-7977

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRUECOIN LLC and TRUSTTOKEN, INC.<br><br>Defendants. | Case No. 3:24-cv-06684<br><br>**MOTION FOR ENTRY OF FINAL JUDGMENTS BY CONSENT** |

Pursuant to Civil Local Rule 7-11, Plaintiff Securities and Exchange Commission (the "SEC" or the "Commission") hereby moves the Court for entry of Final Judgments against Defendants TrueCoin LLC ("TrueCoin") and TrustToken, Inc. ("TrustToken") (collectively, "Defendants"). The Defendants each consent to the proposed Final Judgments. The proposed Final Judgment against TrueCoin is attached as Exhibit 1, and TrueCoin's Consent thereto is attached as Exhibit 2. The proposed Final Judgment against TrustToken is attached as Exhibit 3, and TrustToken's Consent thereto is attached as Exhibit 4.

The proposed Final Judgments, if entered by the Court, will fully resolve the SEC's claims and conclude this case by giving effect to the settlements reached between the parties.

In addition, by their Consents, Defendants waive service of the Summons and Complaint in this action; enter a general appearance; and admit the Court's jurisdiction over Defendants the subject matter of this action.

Accordingly, the Commission respectfully requests that the Court enter the attached proposed and consented-to Final Judgments.

Dated: September 24, 2024            Respectfully submitted,

       /s/ Michael J. Friedman
MICHAEL J. FRIEDMAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Entry of Final Judgments by Consent and attachments by e-mail on September 24, 2024, to the following counsel for Defendants TrueCoin LLC and TrustToken, Inc.:

James Kramer

Orrick, Herrington & Sutcliffe LLP

The Orrick Building

405 Howard Street

San Francisco, CA 94105-2669

                 __/s/ Michael J. Friedman_____
                 Michael J. Friedman